*In re* **MOORE**, JOHN LEE (MR 17486)
Oregon, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recom-

mendation of the Hearing Board is allowed, and respondent John Lee Moore is suspended from the practice of law for one year and until further order of the Court.